


TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: December 9, 2009

CASE: Timothy J. And Beth C. Glenn

DOCKET # 99-16328

    Enclosed please find check for 11, 338.53 representing checks issued and not cashed in 90 days.

| | |
|---|---:|
| PC 4 Medicore Associates Inc.<br>104 East Second<br>Erie, PA. 16507-1532 | $ 30.11 |
| PC 6 Hurley State Bank<br>Dba Furniture Row Comp<br>POB 7004<br>Sioux Falls, SD 57117 | $372.25 |
| PC 9 Chautauqua Count Highway Dept Credit Union<br>220 West Main<br>Falconer, New York 14722 | $4629.30 |
| PC 10 Chautauqua County Highway Dept. Credit Union<br>220 West Main<br>Falconer, New York 14722 | $ 632.49 |
| PC 16 Key Bank USA<br>POB 9510<br>Toledo, OH. 43697-9510 | $5674.38 |
| TOTAL | $11,338.53 |